HAIRAPETIAN & HAIRAPETIAN
Armen Hairapetian (State Bar No. 125031)
70 S. Lake Avenue, Suite 820
Pasadena, California 91101
Telephone: (626) 441-7976
Facsimile:  (626) 441-6419
armen@hairapetianlaw.com

MEYLAN DAVITT JAIN AREVIAN & KIM LLP
Shaunt T. Arevian (State Bar No. 237698)
444 S. Flower Street, Suite 1850
Los Angeles, California 90071
Telephone: (213) 225-6004
Facsimile:  (213) 225-6660
sarevian@mdjalaw.com

Attorneys for Defendants and Counter-Claimants
ATV, INC. and KATANA RACING, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>KATANA RACING, INC. and ATV, INC.,<br><br>        Defendants.<br><br>KATANA RACING, INC. and ATV, INC.,<br><br>        Counter-Claimants,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>        Counter-Defendants. | Case No.: CV 14-06758 JAK (PLAx)<br><br>DEFENDANTS KATANA RACING, INC., AND ATV, INC.'S COUNTERCLAIM FOR VIOLATION OF BUSINESS & PROFESSIONS CODE SECTION 17200 |

## COUNTERCLAIM OF KATANA RACING, INC., AND ATV, INC.

## NATURE OF ACTION

1. This Counterclaim arises out of the improper business practices used by Counter-Defendant ZURICH AMERICAN INSURANCE COMPANY (hereinafter referred to as "ZURICH") in the sale of a policy insurance to Counter-Claimants KATANA RACING, INC. (hereinafter referred to as "KATANA") and ATV, INC. (hereinafter referred to as "ATV") within the past three years. (KATANA and ATV are collectively referred to herein at times as "COUNTER-CLAIMANTS")

2. In or about September 2012, ZURICH deceptively marketed and sold a workers' compensation and related insurance policy to COUNTER-CLAIMANTS (hereinafter referred to as the "Policy") by under-stating the premium allegedly due under the Policy so that COUNTER-CLAIMANTS would accept ZURICH's bid and not the bid submitted by other qualified insurance companies without disclosing to COUNTER-CLAIMANTS that ZURICH intended to increase the premium owed by over 350% through an audit after the expiration of the Policy through which ZURICH would claim that a large lump-sum balance was immediately due and payable.

3. As part of its deceptive marketing and scheme, ZURICH through its employee and/or agent deliberately misstated the employment classifications for the employees that were covered by the Policy, all the time planning and/or knowing that the subsequent "audit" after the expiration of the Policy would result in a re-classification and substantial increase in the premiums claimed by ZURICH.

## PARTIES

4. Counter-Claimant KATANA is a California corporation engaged in the sale and distribution of wheels and tires with its principal offices located in La Mirada, California, County of Los Angeles, State of California.

5. Counter-Claimant ATV is a California corporation engaged in the sale and distribution of tires and related products with its principal offices located in La Mirada, California, County of Los Angeles, State of California.

-1-
COUNTERCLAIM FOR VIOLATION OF BUS. & PROF. CODE SECTION 17200

Hairapetian & Hairapetian

6. COUNTER-CLAIMANTS are informed and believe that ZURICH is a New York corporation with offices located in both New York and Illinois. COUNTER-CLAIMANTS are informed and believe that ZURICH is in the business of insurance and issues and places policies through its agents and representatives in the United States of America. COUNTER-CLAIMANTS are informed and believe that Universal Underwriters Insurance Services (hereinafter referred to at times as "Universal") is an agent and/or producer of insurance policies for ZURICH.

## JURISDICTION

7. Jurisdiction in this Court is proper because the Counterclaim is a compulsory counterclaim to the Complaint filed by ZURICH against COUNTER-CLAIMANTS.

8. Moreover, the amount in controversy in this Counterclaim is in excess of $75,000.00 and there is complete diversity of citizenship between the parties. Accordingly, jurisdiction is proper under 28 U.S.C. Section 1332.

## COUNT ONE

**Unfair Competition (California Business and Professions Code Section 17200)**

9. COUNTER-CLAIMANTS re-allege and incorporate by reference the matters alleged in Paragraphs 1-8 of this Counterclaim.

10. In or about August of 2012, COUNTER-CLAIMANTS sought to place a policy of insurance for workers compensation and related coverage. COUNTER-CLAIMANTS contacted companies and sought quotes for such coverage.

11. ZURICH sought to issue the Policy through its agent and/or employee Steve Tran. At all times relevant hereto, Tran represented to COUNTER-CLAIMANTS that he was an employee and/or agent for ZURICH, that he bid policies for ZURICH, and that he was compensated by ZURICH for the placement of policies with ZURICH.

12. The premium for the workers compensation and related coverage was based on factors that included the classification of employees and the payroll for each classification of employees. ZURICH and Tran knew, either directly from their own

-2-

knowledge or indirectly from information provided by COUNTER-CLAIMANTS the classification of the employees and also the general range of the payroll for each classification.

13. COUNTER-CLAIMANTS received quotes for the Policy. ZURICH's quote was by far the lowest and quoted a premium of $298,408.00. Unbeknownst to COUNTER-CLAIMANTS, ZURICH's "low" bid was based, *inter alia*, on the improper classification of employees at KATANA, and based on the prior's year's payroll for COUNTER-CLAIMANTS rather than on the current payroll projections. Tran and ZURICH represented that there might be a slight "adjustment" to the premium through an audit.

14. COUNTER-CLAIMANTS rejected all other bids for the policy and accepted ZURICH's low bid, believing the representations of ZURICH through Tran that there might be a slight adjustment for the premium through an audit.

15. COUNTER-CLAIMANTS paid the entire $298,408.00 premium to ZURICH for the Policy.

16. Instead of the "slight" adjustment which ZURICH through Tran represented to COUNTER-CLAIMANTS, the subsequent audit resulted in ZURICH seeking $855,039.00 more in premium, increasing the premium by over 350%.

17. ZURICH's deceptive and misleading practices, namely its under-bidding of the premium due for the Policy followed by dramatically increasing the premium through an after the fact adjustment, is likely to deceive consumers such as COUNTER-CLAIMANTS of the cost of the insurance provided by ZURICH, and is misleading and likely to cause confusion or mistakes.

18. The acts of ZURICH and/or its agents constitute unfair competition and unfair, unlawful, deceptive and fraudulent business practices in violation of California Business and Professions Code Section 17200.

19. ZURICH's acts of unfair competition and deceptive, unlawful, fraudulent, and unfair business practices present a continuing threat to the members of

1 the public in that the public will be deceived into believing that the premiums initially charged by ZURICH will reflect the amount ultimately owed only to have ZURICH seek substantial increases of more than 180%.

20. ZURICH's conduct has damaged COUNTER-CLAIMANTS and will, unless stopped, continue to cause harm to COUNTER-CLAIMANTS and/or other consumers.

21. COUNTER-CLAIMANTS and other members of the public have no adequate remedy at law.

WHEREFORE, COUNTER-CLAIMANTS pray as follows:

1. For an injunction enjoining ZURICH, its agents, directors, officers, employees, representatives, subsidiaries, parents, assigns and related companies from engaging in deceptive, unlawful, unfair, fraudulent and/or misleading business practices in the sale of insurance policies;

2. That COUNTER-CLAIMANTS recover their costs in this action;

3. That COUNTER-CLAIMANTS be awarded their reasonable attorneys' fees incurred as a result of this action pursuant to applicable law;

4. That COUNTER-CLAIMANTS recover such other and further relief as this Court deems proper.

DATED: October 17, 2014

HAIRAPETIAN & HAIRAPETIAN

By: _____
Armen Hairapetian
Attorneys for Defendants and
Counter-Claimants ATV, INC. and
KATANA RACING, INC.

COUNTERCLAIM FOR VIOLATION OF BUS. & PROF. CODE SECTION 17200

Hairapetian & Hairapetian

## PROOF OF SERVICE

I, Rachel D. Victor, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 444 South Flower Street, Suite 1850, Los Angeles, California 90071, (213) 225-6000.

On **October 20, 2014**, I served the document(s) described as **DEFENDANTS KATANA RACING, INC. AND ATV, INC.'S COUNTERCLAIM FOR VIOLATION OF BUSINESS & PROFESSIONS CODE SECTIOIN 17200** on the interested parties in this action:

Armen Hairapetian
Hairapetian & Hairapetian
1145 S Fair Oaks Ave
Pasadena CA 91105
Tel: 626.441.7976
Fax: 626.441.6419
Email: armen@hairapetianlaw.com

**BY UNITED STATES MAIL:** I enclosed true copies of the document(s) in a sealed envelope or package addressed to the persons included above or on the attached service list, with prepaid postage in the U.S. mail in Los Angeles, California.

I am "readily familiar" with this firm's practice for the collection and processing of correspondence for mailing  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **October 20, 2014**, at Los Angeles, California.

Rachel D. Victor