```
 1  HAIRAPETIAN & HAIRAPETIAN
    Armen Hairapetian (State Bar No. 125031)
 2  70 S. Lake Avenue, Suite 820
 3  Pasadena, California 91101
    Telephone: (626) 441-7976
 4  Facsimile:  (626) 441-6419
 5  armen@hairapetianlaw.com
 6
    MEYLAN DAVITT JAIN AREVIAN & KIM LLP
 7  Shaunt T. Arevian (State Bar No. 237698)
    444 S. Flower Street, Suite 1850
 8  Los Angeles, California 90071
 9  Telephone: (213) 225-6004
    Facsimile:  (213) 225-6660
10  sarevian@mdjalaw.com
11
    Attorneys for Defendants and Counter-Claimants
12  ATV, INC. and KATANA RACING, INC.
13
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>vs.<br><br>KATANA RACING, INC. and ATV, INC.,<br><br>            Defendants. | Case No.: CV 14-06758 JAK (PLAx)<br><br>DEFENDANTS KATANA RACING, INC., AND ATV, INC.'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 |
| KATANA RACING, INC. and ATV, INC.,<br><br>            Counter-Claimants,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>            Counter-Defendants. | |

Pursuant to Local Rule 7.1-1, the undersigned certifies that the following listed persons may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | | CONNECTION |
|---|---|---|
| 1. | ATV, Inc. | Defendant and Counter-Claimant |
| 2. | KATANA RACING, Inc. | Defendant and Counter-Claimant |
| 3. | Ara Tchaghlassian | Owner of ATV, Inc. and KATANA RACING, Inc. |

DATED: October 17, 2014

HAIRAPETIAN & HAIRAPETIAN

By: _____
Armen Hairapetian
Attorneys for Defendants and
Counter-Claimants ATV, INC. and
KATANA RACING, INC.

CERTIFICATE OF INTERESTED PARTIES

Hairapetian & Hairapetian

**PROOF OF SERVICE**

I, Rachel D. Victor, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 444 South Flower Street, Suite 1850, Los Angeles, California 90071, (213) 225-6000.

On **October 20, 2014**, I served the document(s) described as **DEFENDANTS KATANA RACING, INC. AND ATV, INC.'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** on the interested parties in this action:

> Armen Hairapetian
> Hairapetian & Hairapetian
> 1145 S Fair Oaks Ave
> Pasadena CA 91105
> Tel: 626.441.7976
> Fax: 626.441.6419
> Email: armen@hairapetianlaw.com

**BY UNITED STATES MAIL**: I enclosed true copies of the document(s) in a sealed envelope or package addressed to the persons included above or on the attached service list, with prepaid postage in the U.S. mail in Los Angeles, California.

I am "readily familiar" with this firm's practice for the collection and processing of correspondence for mailing  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **October 20, 2014**, at Los Angeles, California.

_____
Rachel D. Victor