## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>KATANA RACING, INC. and ATV, INC.<br><br>    Defendants. | Docket No. 2:14-cv-06758-JAK-PLA<br><br>**ORDER GRANTING STIPULAITON TO DISMISS CASE**<br><br>**JS-6** |

  **THIS MATTER** having been brought before this Court by Bressler, Amery & Ross, P.C., attorneys for Plaintiff Zurich American Insurance Company and attorney for Defendants Katana Racing Inc. and ATV, Inc. (collectively referenced as "the Parties"), hereby give notice: (1) that all matters in dispute between them have been settled; (2) request that this action be dismissed with prejudice; and (3) request that the United States District Court for the Central District of California shall retain jurisdiction to enforce the terms of the Settlement and Release Agreement entered into by both parties.

  IT IS on this 13th day of May, 2015

  ORDERED that the Parties request for this action to be dismissed with prejudice is GRANTED; and it is further

  ORDERED that that the United States District Court for the Central District of California will retain jurisdiction to enforce the terms of the Settlement and Release Agreement.

                _____
                HONORABLE JOHN A. KRONSTADT
                UNITED STATES DISTRICT JUDGE