UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KATANA RACING, INC. and ATV, INC.<br><br>　　　　　　Defendants. | Docket No. 2:14-cv-06758 JAK-PLA<br><br>**FINAL JUDGMENT**<br><br>**JS-6** |

**THIS MATTER** having been brought before the Court by Plaintiff Zurich American Insurance Company ("ZAIC") for the entry of Stipulated Final Judgment pursuant to the terms and conditions of the Settlement and Release Agreement with Stipulated Final Judgment entered into with Defendants Katana Racing, Inc. and ATV, Inc., and Ara Tchaghlassian, individually (collectively "Defendants"), and the parties having stipulated to the entry of this final judgment, and final judgment therefore can be entered, and good cause having been shown:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that ZAIC be awarded judgment against Defendants, jointly and severally, in the principal amount of $909,966.00 (nine hundred nine thousand nine hundred sixty six dollars and zero cents), plus interest at the rate of Eight Percent (8%) per annum, compounded daily, from April 24, 2015, and attorney fees and costs associated with the recovery of these funds.

**IT IS SO ORDERED.**

Dated: May 3, 2016

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE