UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>v.<br><br>KATANA RACING, INC. and ATV, INC.<br><br>              Defendants. | Docket No. 2:14-cv-06758 JAK-PLA<br><br>**NOTICE OF ACKNOWLEDGEMENT AND SATISFACTION OF JUDGMENT AGAINST KATANA RACING, INC., ATV., INC. , AND ARA TCHAGHLASSIAN** |

On or about May 3, 2016, the Court entered its Final Judgment [Document No. 46] awarding judgment in favor of Plaintiff Zurich American Insurance Company ("ZAIC") and against Defendants Katana Racing, Inc., ATV, Inc., and Ara Tchaghlassian, individually (collectively "Defendants") in the amount of $909,966.00 (nine hundred nine thousand nine hundred sixty six dollars and zero cents), plus interest at the rate of Eight Percent (8%) per annum, compounded daily, from April 24, 2015, and attorney's fees and costs associated with the recovery of these funds (the "Judgment").

By reason of the payment of all sums owing under the Judgment to ZAIC by Defendants, it is hereby acknowledged, and the Clerk of the Court is authorized and directed to make an entry of the full and complete satisfaction of the above-referenced Judgment on the Docket of this Court.

| | |
|---|---|
| BRESSLER, AMERY & ROSS, P.C.<br>Attorneys for Plaintiff<br>325 Columbia Turnpike<br>Florham Park, NJ 07932<br>Phone: (973) 514-1200 | HAIRAPETIAN & HAIRAPETIAN<br>Attorneys for Defendants and Ara Tchaghlassian<br>140 S. Lake Avenue, Suite 274<br>Pasadena, CA 91101<br>Phone: (626) 441-7976 |
| By: Mark Tallmadge, Esq.<br>Date: 4-9-2021<br>Attorneys for Plaintiff | By: Armen Hairapetian<br>Date: March 31, 2021<br>Attorneys for Defendants |